## ISENHOUR v. ISENHOUR

No. 173P91

Case below: 102 N.C.App. 133

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 12 June 1991.

## JOHNSON v. NEW HANOVER CO. BD. OF EDUCATION

No. 559P90

Case below: 100 N.C.App. 454

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 12 June 1991.

## JORDAN v. BENEFIELD

No. 84P91

Case below: 101 N.C.App. 430

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 12 June 1991.

## N.C. EASTERN MUN. POWER AGENCY v. WAKE COUNTY

No. 10P91

Case below: 100 N.C.App. 693

Motion by defendant to dismiss the appeal for lack of substantial constitutional question allowed 12 June 1991. Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 12 June 1991.

## OGLESBY v. S. E. NICHOLS, INC.

No. 154P91

Case below: 101 N.C.App. 676

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 12 June 1991.